IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| NATHAN FRAME and ADRIANE FRAME, individually and as Next Friends and Natural Parents of KF | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 07-CV-2442 JWL/JPO |
| SALINA REGIONAL HEALTH CENTER, INC., and DAVID PRENDERGAST, M.D., | ) ) ) | |
| Defendants. | ) ) | |

## P E T I T I O N   F O R   A P P R O V A L   O F SETTLEMENT

Plaintiffs Nathan Frame and Adriane Frame, Individually and as Next Friends and Natural Parents of KF (hereinafter Plaintiffs), pursuant to the provisions of K.S.A. § 40-3410 and K.S.A. § 7-121b, request the Court to enter its Judgment approving settlement of the claim in the cause of action of Plaintiffs against Salina Regional Health Center, Inc. and David Prendergast, M.D. (hereinafter Defendants), and in support thereof, state:

1.     This action is brought by Plaintiffs Nathan Frame and Adriane Frame, Individually and as Next Friends and Natural Parents of KF.

2.     Plaintiffs have employed Shamberg Johnson & Bergman, as their attorneys to assist them in the prosecution of the above cause of action; said attorneys have now fully investigated both law and facts pertinent to the above-captioned cause of action and have advised Plaintiffs that the above cause of action should be compromised and settled with Defendants upon the terms set forth herein.

3.     Despite the fact that Defendants deny any liability to Plaintiffs in the above-captioned

cause, of any kind or character, the parties have agreed to a compromise settlement, the terms of which are set out in a Settlement and Release Agreement, which will be offered as an Exhibit at the settlement approval hearing, wherein said Defendants have agreed to settle the above-captioned cause of action for the sole consideration stated therein.

4.      Plaintiffs and their attorneys believe, represent and state to the Court that the compromise and settlement of this matter is fair and reasonable and in their judgment will be in the best interest of and advantageous to all Plaintiffs.  Therefore, the Plaintiffs request that the Court approve the proposed compromise and settlement for the consideration stated in the Settlement and Release Agreement and to authorize Plaintiffs to execute the Settlement and Release Agreement.

5.      Plaintiffs request that the Court approve a distribution of the settlement proceeds after payment of attorneys' fees and expenses as follows:

            a.      45% to the claim of Nathan and Adrianne Frame;

            b.      55% to the claim of KF

6.      Plaintiffs request the Court to approve attorneys' fees and expenses payable to Shamberg, Johnson & Bergman, Chartered as set forth in the contingent fee employment contract which will be offered as an Exhibit at the settlement approval hearing.

7.      Plaintiffs waive their right to a jury trial and submit all issues of this proposed settlement contract to the Court for consideration.

WHEREFORE, Plaintiffs by and through their attorneys of record, move the Court to enter its Judgment approving the terms and conditions of the Settlement and Release Agreement entered in compromise and settlement of all claims against Defendants.

Respectfully submitted,

 /s/ Victor A. Bergman
Victor A. Bergman      KS #08625
Matthew E. Birch       KS #20223
Shamberg, Johnson & Bergman, CHTD.
2600 Grand Boulevard, Suite 550
Kansas City, Missouri 64108
(816) 474-0004
FAX:  (816) 474-0003
vbergman@sjblaw.com
mbirch@sjblaw.com

Attorney for Plaintiffs

 /s/ BK Christopher
BK Christopher      KS # 16387
Bradley M. Dowd    KS # 18659
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108
(816) 421-0700
FAX:  (816) 421-0899
bchristopher@hab-law.com
bdowd@hab-law.com

Attorneys for Defendant
Salina Regional Health Center, Inc.

 /s/ Randy J. Troutt
Randy J. Troutt        KS #10622
Jerry D. Hawkins       KS # 18222
Gwynne E. Birzer       KS # 15584
Hite Fanning & Honeyman, L.L.P.
100 North Broadway, Suite 950
Wichita, Kansas 67202-2209
(316) 265-7741
FAX:  (316) 267-7803
troutt@hitefanning.com
hawkins@hitefanning.com
birzer@hitefanning.com

Attorneys for Defendant
David Prendergast, M.D.