IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATHAN FRAME and ADRIANE FRAME, individually and as Next Friends and Natural Parents of KF <br><br> Plaintiffs, <br><br> v. <br><br> SALINA REGIONAL HEALTH CENTER, INC., and DAVID PRENDERGAST, M.D., <br><br> Defendants. | Case No. 07-CV-2442 JWL/JPO |

## ORDER APPROVING SETTLEMENT
## AND ORDER OF DISMISSAL WITH PREJUDICE

*NOW ON* this 18th day of May, 2009, the above-captioned matter comes on for hearing to approve a settlement between Plaintiffs Nathan Frame and Adriane Frame, Individually and as Next Friends and Natural Parents of KF ("Plaintiffs") and Defendants Salina Regional Health Center, Inc. and David Prendergast, M.D.  The Plaintiffs appear in person and through counsel. Defendants appear through counsel.

*WHEREUPON* the Court is advised that these parties have reached an agreed resolution and settlement of all claims asserted in this matter and being duly advised in the premises, finds as follows:

1.   This action was commenced by the Plaintiffs asserting claims of medical negligence against the Defendants for medical treatment provided to Adriane Frame and KF at Salina Regional Health Center on February 25, 2006.

2.   The Plaintiffs and Defendants have reached a settlement agreement regarding all claims asserted in this case.

3. The Plaintiffs and their attorneys have had sufficient time to become fully informed regarding the nature and extent of their damages and the legal merit of the claims made against the Defendants and the uncertain outcome of the litigation.

4. The Court has reviewed the fee contract of Plaintiffs' counsel, and the attorneys' fees and expenses charged by the attorneys in this case are reasonable.

5. The proposed Settlement Agreement and Release reached between the Plaintiffs and the Defendants was submitted for review by the Court.

6. The settlement proceeds attributed to KF's claim, after the payment of expenses and attorneys' fees pursuant to the agreement between the Plaintiffs and their attorneys, are to be placed in the Kylee Frame Special Needs Trust.

***IT IS THEREFORE ORDERED***:

1. That the proposed Settlement Agreement and Release between the Plaintiffs and the Defendants is valid, just, reasonable and equitable.

2. That the distribution of the settlement proceeds as proposed by plaintiffs, 45 % to the individual claim of Nathan and Adriane Frame and 55% to the claim being asserted on KF's behalf, is appropriate and reasonable and in the best interests of KF.

3. That the fees and expenses charged by the Plaintiffs' attorneys are fair, valid, just and reasonable and are approved; and that the fees and expenses charged by the Defendants' attorneys are fair, valid, just and reasonable and are approved.

4. That the Court approves the timing and manner of the payment of settlement proceeds as set forth in the Settlement Agreement and Release.

5. That the Court approves the term of the Settlement Agreement and Release that any lien, right of reimbursement or claim to recoupment of payments made on behalf of KF's medical

care shall be satisfied out of the funds distributed to the individual claim of Nathan and Adriane Frame.

6.   That all claims in this action are dismissed with prejudice with each party to bear their own costs incurred.

7.   That the Court shall retain jurisdiction over this matter for the purpose of enforcing the terms of the Settlement Agreement and Release.

***IT IS SO ORDERED***.

Entered this 18th day of May, 2009.


s/ John W. Lungstrum
Honorable John W. Lungstrum
United States District Court Judge